IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-00609-RPM

BRUCE MACKLIN,

    Plaintiff,

v.

HELEN D. BANNER,
DONALD JAMES BANNER, ESQ.,
ALBERT DAVID DEMICELL, a/k/a BERT DEMICELL and
SOUTHERN COLORADO LAWYERS, P.C.,
a Colorado corporation, d/b/a BANNER & BOWER, P.C.,

    Defendants.

_____

ORDER DENYING MOTION TO DISMISS–ALBERT DAVID DEMICELL
_____

    Upon considering the motion to dismiss, filed by defendant Albert David Demicell, a/k/a Bert Demicell, on May 22nd, 2009, and the plaintiff's response, filed June 12, 2009, it is

    ORDERED that the motion to dismiss is denied.

    DATED: June 15th, 2009

                                         BY THE COURT:

                                         s/Richard P. Matsch

                                         _____
                                         Richard P. Matsch, Senior District Judge