IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-00609-RPM

BRUCE MACKLIN,

    Plaintiff,

v.

HELEN D. BANNER,
DONALD JAMES BANNER, ESQ.,
ALBERT DAVID DEMICELL, a/k/a BERT DEMICELL and
SOUTHERN COLORADO LAWYERS, P.C.,
a Colorado corporation, d/b/a BANNER & BOWER, P.C.,

    Defendants.
_____

ORDER SETTING SCHEDULING CONFERENCE
_____

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that a scheduling conference will be held on **August 24, 2009, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on August 20, 2009.**

The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

DATED: June 15th, 2009

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior District Judge