IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:                April 9, 2010
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 09-cv-00609-RPM

BRUCE MACKLIN,                                        Ross W. Pulkrabek
                                                      Daniel A. Wartell
       Plaintiff,

v.

HELEN D. BANNER,                                      James J. Bronesky
DONALD JAMES BANNER, ESQ.,                            David H. Yun
ALBERT DAVID DEMICELL, a/k/a BERT DEMICELL and
SOUTHERN COLORADO LAWYERS, P.C.,
a Colorado corporation, d/b/a BANNER & BOWER, P.C.,

       Defendants.
_____

## COURTROOM MINUTES
_____

**Hearing on Motion for Partial Summary Judgment**

**2:00 p.m.    Court in session.**

Court's preliminary remarks and states its view of the case.

Statements by Mr. Pulkrabek regarding defendant Demicell.

Counsel state discovery is completed.
Discussion regarding scheduling.

**ORDERED:** Motion for Partial Summary Judgment in Favor of Defendants Donald Banner and Southern Colorado Lawyers, P.C., filed January 21, 2010 [36], is granted with respect to the civil theft claims and denied in all other respects.

Court observes that the aiding and abetting breach of fiduciary duty claim should be dismissed.

**ORDERED:** Three day trial to jury scheduled July 6, 2010.
Pretrial Conference scheduled May 7, 2010 at 2:00 p.m.

**2:12 p.m.    Court in recess.**  Hearing concluded.  Total time: 12 min.