IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-00609-RPM

BRUCE MACKLIN,

    Plaintiff,

v.

HELEN D. BANNER,
DONALD JAMES BANNER, ESQ.,
ALBERT DAVID DEMICELL, a/k/a BERT DEMICELL and
SOUTHERN COLORADO LAWYERS, P.C.,
a Colorado corporation, d/b/a BANNER & BOWER, P.C.,

    Defendants.

_____

## ORDER SETTING PRETRIAL CONFERENCE
_____

    Pursuant to the hearing today, it is

    ORDERED that a pretrial conference is scheduled for **May 7, 2010, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**. The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **April 29, 2010**. The conference is conducted with <u>lead</u> <u>counsel</u> <u>present</u> <u>in</u> <u>person</u>. No parties or representatives of parties will be permitted to attend.

    DATED: April 9th, 2010

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge