IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-00609-RPM

BRUCE MACKLIN,

    Plaintiff,

v.

HELEN D. BANNER,
DONALD JAMES BANNER, ESQ.,
ALBERT DAVID DEMICELL, a/k/a BERT DEMICELL and
SOUTHERN COLORADO LAWYERS, P.C.,
a Colorado corporation, d/b/a BANNER & BOWER, P.C.,

    Defendants.

_____

## Amended ORDER SETTING TRIAL DATE
_____

Pursuant to the hearing today, it is

ORDERED that this matter is set for trial to jury on **July 6, 2010, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**

    DATED: April 9th, 2010

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior District Judge