IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00609-RPM

BRUCE MACKLIN,

    Plaintiff,

v.

HELEN D. BANNER;
DONALD JAMES BANNER, ESQ.;
ALBERT DAVID DEMICELL, a/k/a BERT DEMICELL; and
SOUTHERN COLORADO LAWYERS, P.C., a Colorado
Corporation, d/b/a BANNER & BOWER, P.C.,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Stipulation for Dismissal with Prejudice for the Banner Defendants Only [64], it is

ORDERED that the dismissal with prejudice is approved, and the within action between the Plaintiff Bruce Macklin and Defendant Donald J. Banner, Helen D. Banner and Southern Colorado Lawyers, P.C. d/b/a Banner & Bower P.C. be and is hereby dismissed with prejudice, each party to pay his or her own costs.

DATED this 17th day of June, 2010.

                      BY THE COURT:

                      s/Richard P. Matsch

                      Richard P. Matsch, Senior District Judge