IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-00609-RPM

BRUCE MACKLIN,

    Plaintiff,

v.

ALBERT DAVID DEMICELL, a/k/a BERT DEMICELL,

    Defendant.
_____

## ORDER FOR DISMISSAL AS TO REMAINING DEFENDANT
_____

Pursuant to the Response to Order to Show Cause [67], filed today, it is

ORDERED that this Court's Order to Show Cause entered on June 17, 2010, is discharged and it is

FURTHER ORDERED that this action is dismissed without prejudice as to the remaining defendant, Albert David Demicell, a/k/a Bert Demicell, each party to bear their own respective costs and attorneys fees.

DATED: June 28th, 2010

                                                  BY THE COURT:

                                                s/Richard P. Matsch
                                                _____
                                                Richard P. Matsch, Senior District Judge